# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| JAMES HOFT AND TGP COMMUNICATIONS, LLC D/B/A THE GATEWAY PUNDIT | § | |
| | § | Civil Action No. 4:25cv823 |
| V. | § | Judge Mazzant |
| | § | |
| WILLIAM CHARLES BUNDREN and BUNDREN LAW GROUP, PLLC | § | |

## ORDER

The undersigned judge hereby recuses himself from the above titled and numbered cause.

**IT IS SO ORDERED.**

**SIGNED this 30th day of July, 2025.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE